

# Fourth Court of Appeals
## San Antonio, Texas

January 11, 2023

No. 04-22-00603-CV

**CITY OF SAN ANTONIO**,
Appellant

v.

**DHL EXPRESS (USA), INC.**,
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2022-CI-02683
Honorable Norma Gonzales, Judge Presiding

# O R D E R

Appellant's reply brief was due on January 9, 2023. *See* TEX. R. APP. P. 38.6(c). On the due date, Appellant filed an unopposed motion for a fourteen-day extension of time to file the reply brief.

Appellant's motion is granted; the reply brief is due on January 23, 2023. *See id.* R. 38.6(d).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of January, 2023.

_____
Michael A. Cruz,
Clerk of Court